IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION
CIVIL ACTION NO.: 5:23-CV-04719-MGL

| | |
|---|---|
| Katie Ford, | ) |
| Plaintiff, | ) **PLAINTIFF'S MOTION TO REMAND** |
| vs. | ) |
| Roy Washam, Herbert Wayne Matthews, and Wayne Matthews Transportation, | ) |
| Defendants. | ) |

Plaintiff Katie Ford moves this Court to remand this matter to State Court. As shown more fully in the attached Memorandum in Support, Defendants have failed to meet their burden of proving either federal question or diversity jurisdiction. Because Defendants have not met—and cannot meet—their burden, remand is appropriate. Further, Defendants lacked an objectively reasonable basis for removal. Thus, Ford asks this Court to award her appropriate attorneys fees and costs related to opposing removal.

I certify that I have attempted in good faith to resolve the issues raised in this Motion with Defendants' counsel and we have not been able to agree to remand.

**MORGAN & MORGAN, P.A.**

By: /s/Jonathan D. Graham
Jonathan D. Graham
Federal Bar No. 13969
E-Mail: jgraham@forthepeople.com
4401 Belle Oaks Drive, Suite 300,
North Charleston, SC 29405
(843) 947-6063

*Attorney for Plaintiffs*

October 18, 2023
Charleston, SC